BERTHA SILVERMAN v. ARTHUR M. SILVERMAN.— Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

CHARLES PRESBREY v. MALCOLM STRAUSS PICTURES CORPORATION, Impleaded with MALCOLM STRAUSS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MOJAC FINANCE CO., INC., v. WATERSIDE HOLDING CORPORATION and Others. — Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Voluntary Dissolution of CLOTH EXAMINERS' AND SHRINKERS' UNION, INC.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ISAAC DENBOSKY v. BLANCHE DENBOSKY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ULTRAMARES CORPORATION v. GEORGE TOUCHE and Others.— Motion granted so far as to permit applicant to serve and file a brief as *amicus curiæ*. No oral argument will be allowed. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of ALICE C. MARTIN, Deceased.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARGARET L. DONAHUE, as Committee, etc. v. HELEN R. MALONEY and Another. — Motion denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of ABRAHAM MITCHELL against RUBIN SPERLING and Another. — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

MARGARET T. BROWNING v. GEORGE EMMET BROWNING.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Election of the TRUSTEES OF THE RUTHENIAN GREEK CATHOLIC CHURCH OF ST. GEORGE, NEW YORK CITY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

LONBY REALTY CORPORATION v. HYMAN KATZ.— Motion dismissed and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

KURT RICHTER and Another v. SAMUEL ROSENBERG, Doing Business, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.